NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada

STACY WIESBROCK, California SBN 257920
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Tel: (415) 268-5612
    Fax: (415) 744-0134
    Email: Stacy.Wiesbrock@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARLENE WATSON,<br><br>    Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:18-cv-01019-JCM-PAL<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME**<br>(***FIRST REQUEST***) |

    Defendant Nancy A. Berryhill, Acting Commissioner of Social Security ("Defendant") respectfully requests that the Court extend the time for Defendant to file her Cross-Motion to Affirm in response to Plaintiff's Motion for Remand (Dkt. No. 19, filed on January 22, 2019), currently due on February 21, 2019, by 30 days, through and including Monday, March 25, 2019. Defendant further requests that all subsequent deadlines set forth in the Court's Order Concerning Review of Social Security Cases (Dkt. No. 16) be extended accordingly.

    This is Defendant's first request for an extension of time to respond to Plaintiff's Motion for Remand. Defendant requests this extension because the matter was recently transferred to Defendant's attorney. Defendant also request this extension because of the heavy workload of

Defendant's attorney and to allow sufficient time to adequately research and prepare the issues presented by Plaintiff in her motion. This request is made in good faith and with no intention to unduly delay the proceedings.

Counsel for Defendant conferred with Plaintiff's counsel, who has no opposition to this motion, on February 1, 2019.

It is therefore respectfully requested that Defendant be granted an extension of time to respond to Plaintiff's Motion for Remand, through and including March 25, 2019.

Dated: February 4, 2019

Respectfully submitted,

NICHOLAS A. TRUTANICH
United States Attorney

*/s/ Stacy Wiesbrock*
STACY WIESBROCK
Special Assistant United States Attorney

OF COUNSEL:

DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX

IT IS SO ORDERED:

UNITED STATES MAGISTRATE JUDGE

DATED: February 5, 2019

# CERTIFICATE OF SERVICE

I, Stacy Wiesbrock, certify that the following individual(s) were served with a copy of the foregoing **UNOPPOSED MOTION FOR EXTENSION OF TIME (*FIRST REQUEST*)** on the date, and via the method of service, identified below:

**CM/ECF:**

Hal Taylor
223 Marsh Avenue
Reno, NV 89509
775-825-2223
Fax: 775-329-1113
Email: haltaylorlawyer@gbis.com

Melissa A. Palmer
Olinsky Law Group
300 S. State St., Ste. 420
Syracuse, NY 13202
315-701-5780
Fax: 315-701-5781
Email: mpalmer@windisability.com

Dated: February 4, 2019

            */s/ Stacy Wiesbrock*
            STACY WIESBROCK
            Special Assistant United States Attorney