Hal Taylor, Esq.
Local Counsel
NV Bar No.: 4399
223 Marsh Ave.
Reno, NV 89509
Telephone: 775-825-2223
Facsimile: 775-329-1113
Email: HalTaylorLawyer@gbis.com

Melissa Palmer, Esq.
Admitted *Pro Hac Vice*
Olinsky Law Group
250 South Clinton Street, Suite 210
Syracuse, NY 13202
Telephone: 315-701-5780
Facsimile: 315-701-5781
Email: mpalmer@windisability.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARLENE L. WATSON, | ) No. 2:18-cv-01019-BW |
| | ) |
| Plaintiff, | ) **STIPULATION AND PROPOSED** |
| | ) **ORDER AWARDING ATTORNEY** |
| v. | ) **FEES UNDER THE EQUAL** |
| | ) **ACCESS TO JUSTICE ACT,** |
| ANDREW SAUL, | ) **PURSUANT TO 28 U.S.C. § 2412(d),** |
| Commissioner of Social Security, | ) **AND COSTS, PURSUANT TO** |
| | ) **28 U.S.C. § 1920** |
| Defendant. | ) |
| | ) |

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees under the

1

Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of FIVE THOUSAND DOLLARS ($5,000.00).  This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 2412(d), 1920.

After the Court issues an order for EAJA fees and expenses to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees and expenses to Plaintiff's attorney.  Pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 598 (2010), the ability to honor the assignment will depend on whether the fees and expenses are subject to any offset allowed under the United States Department of the Treasury's Offset Program.  After the order for EAJA fees and expenses is entered, the government will determine whether they are subject to any offset.

Fees and expenses shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees and expenses to be made directly to Melissa Palmer, Esq. pursuant to the assignment executed by Plaintiff.  Any payments made shall be delivered to Plaintiff's counsel.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and expenses, and does not constitute an admission of liability on the part of Defendant under the EAJA.  Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees and expenses in connection with this action.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

Dated: June 12, 2020

Respectfully submitted,

/s/ *Hal Taylor*
Hal Taylor, Esq.
NV Bar No.: 4399
223 Marsh Ave.

2

```
                                    Reno, NV 89509
                                    Telephone: 775-825-2223
                                    Facsimile: 775-329-1113
                                    Email: HalTaylorLawyer@gbis.com

                                    /s/ Melissa Palmer
                                    Melissa Palmer, Esq.
                                    Admitted Pro Hac Vice
                                    Attorney for Plaintiff
                                    Email: mpalmer@windisability.com

                                    Attorney(s) for Plaintiff

Dated: June 12, 2020                NICOLA T. HANNA
                                    United States Attorney
                                    DAVID M. HARRIS
                                    Assistant United States Attorney
                                    Chief, Civil Division

                             By:    /s/  Stacy Wiesbrock *
                                    STACY WIESBROCK
                                    Special Assistant United States Attorney
                                    * By email authorization
                                    Attorneys for Defendant
```

IT IS SO ORDERED

DATED: 10:04 am, June 16, 2020

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

3